IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

DWIGHT EDWARD ROBERTSON,         )
                                 )
          Plaintiff,             )
                                 )
vs.                              )     CV-04-RRA-1218-S
                                 )
BESSEMER JEFFERSON COUNTY        )
JAIL, et al.,                    )
                                 )
          Defendants.            )

**ENTERED**
OCT - 4 2004

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on August 24, 2004, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b) for failing to state a claim for which relief can be granted. The plaintiff filed objections to the report and recommendation on September 10, 2004. In his objections the plaintiff points out that he was taken to a hospital approximately two hours after he first complained of chest pains, and that he suffered a heart attack, for which he was given nitro and aspirin.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. The plaintiff has failed to state a claim upon which relief

may be granted. Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b). A Final Judgment will be entered.

DATED this  1st  day of  October , 2004.

SHARON LOVELACE BLACKBURN
UNITED STATES DISTRICT JUDGE